■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Robert M. Haft, J., at suppression hearing and jury trial), rendered May 16, 1990, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a predicate felony offender, to a term of 5 to 10 years, unanimously affirmed.

The hearing court properly held that the precinct showup identification, made by an undercover officer trained to be accurate and objective in observation, within three hours of

defendant's face-to-face narcotics sale to that officer, was sufficiently connected and contemporaneous to the arrest to be considered confirmatory in nature *(People v Wharton,* 74 NY2d 921, 922-923). Contrary to defendant's argument, a drive-by confirmatory identification is *not* a necessary precondition to a finding that a subsequent station house identification is confirmatory in nature *(People v Roberts,* 169 AD2d 284, 290, *affd* 79 NY2d 964).

We have considered defendant's additional arguments and find them to be without merit. Concur—Carro, J. P., Wallach, Ross and Asch, JJ.